O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENVILLE WITTER, JR., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. CV 14-9610 CAS (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1 |     IT IS ORDERED that Judgment be entered dismissing the action with
2 | prejudice.
3 |
4 | DATE: August 4, 2015
5 |                     HON. CHRISTINA A. SNYDER
                        UNITED STATES DISTRICT JUDGE

2